# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NOVANTA CORPORATION,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**IRADION LASER, INC.,**<br><br>　　　　Defendant. | **Civil No. 1:15-CV-01033-SLR-SRF**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff Novanta Corporation and Defendant Iradion Laser, Inc., through their respective undersigned counsel, that the action including all of Plaintiff's claims against Defendant are dismissed with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Dated: March 22, 2017

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/Paul D. Brown*
Paul D. Brown (No. 3903)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:　(302) 295-0191
Facsimile:　　(302) 295-0199
Email:　　　brown@chipmanbrown.com

　　　-and-

Peter C. Schechter
Tammy J. Dunn
Califf T. Cooper
OSHA LIANG LLP
909 Fannin Street
Houston, Texas 77010
Telephone:　(713) 228-8600
Facsimile:　　(713) 228-8778
Email:　　　schechter@oshaliang.com

1

dunn@oshaliang.com
cooper@oshaliang.com

*Attorneys for Plaintiff, Novanta Corporation*

**BARNES & THORNBURG LLP**

*/s/Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 300-2474
Fax: (302) 300-3456
E-mail: chad.stover@btlaw.com
    gigi.murphy@btlaw.com

Paul B. Hunt (pro hac vice)
Joshua P. Larsen (pro hac vice)
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 231-1313
Fax: (317) 231-7433
E-mail: paul.hunt@btlaw.com
    joshua.larsen@btlaw.com

Ryan C. Clark (pro hac vice)
One North Wacker Drive
Suite 4400
Chicago, IL 60606
Tel: (312) 214-4838
Fax: (312) 759-5646
E-mail: ryan.clark@btlaw.com

*Attorneys for Defendant Iradion Laser, Inc.*

IT IS SO ORDERED THIS \_\_\_\_\_ day of March, 2017

_____
The Honorable Sue L. Robinson